# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO BACALONI,<br><br>  Plaintiff,<br><br>v.<br><br>H.E.B. GROCERY COMPANY, L.P.,<br><br>  Defendant. | Case No: **2:25-cv-00017-MWC-PD**<br><br>**ORDER GRANTING THE PARTIES JOINT MOTION TO DISMISS CASE WITH PREJUDICE (DKT. 21)** <mark>JS-6</mark> |

Having considered the Parties' Joint Motion to Dismiss this matter with prejudice, and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 11, 2025

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge